UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM MESMER,

              Plaintiff,            Case No. 1:26-cv-00832

v.                                 Hon. Hala Y. Jarbou

STRYKER CORPORATION,

              Defendant.

| | |
|---|---|
| Lisa M. Esser (P70628) | D. Andrew Portinga (P55804) |
| SOMMERS SCHWARTZ PC | MILLER JOHNSON |
| Attorneys for Plaintiff | Attorneys for Defendant |
| One Town Square, 17th Floor | 45 Ottawa Avenue SW, Suite 1100 |
| Southfield, Michigan  48076 | Grand Rapids,  Michigan  49503 |
| (248) 746-4015 | (616) 831-1700 |
| Lesser@sommerspc.com | portingaa@millerjohnson.com |

## Stipulation and Order to Extend Deadline

The parties jointly stipulate that Defendant shall have until **May 19, 2026**, to

file responsive pleadings in this matter.

By:  /s/ Lisa M. Esser                     By:  /s/ D. Andrew Portinga
     Lisa M. Esser (P70628)                  D. Andrew Portinga (P55804)
     SOMMERS SCHWARTZ PC               MILLER JOHNSON
     Attorneys for Plaintiff                 Attorneys for Defendant
     One Town Square, 17th Floor         45 Ottawa Avenue SW, Ste. 1100
     Southfield, Michigan  48076         Grand Rapids, MI 49503

Dated:  April 2, 2026                    Dated: April 2, 2026

IT IS SO ORDERED.

Dated:  April 2, 2026           /s/ Hala Y. Jarbou
                              HALA Y. JARBOU
                              Chief United States District Judge