UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

Case No. 1:26-cv-0832

*IN RE STRYKER CORPORATION*
*CYBERATTACK LITIGATION*

Hon. Hala Y. Jarbou
Hon. Phillip J. Green

_____/

## ORDER

The Court conducted a status conference in this matter today at which counsel for all parties appeared.  (*Minutes*, ECF No. 12).  This matter is a consolidation of six cases arising out of a data breach on March 11, 2026.  (*See* Order, ECF No. 8).  Having considered the parties' Joint Status Report (ECF No. 11) and their oral submissions during the status conference, **IT IS HEREBY ORDERED** that the parties shall abide by the following schedule:

1. Plaintiffs' consolidated complaint shall be filed no later than May 8, 2026.

2. Defendant shall, no later than June 22, 2026, file a response to the consolidated complaint.

3. Should Defendant file a dispositive motion as a response to the consolidated complaint, Plaintiffs shall file their response within 28 days.

4. Defendant shall be allowed fourteen days thereafter to file a reply.

**IT IS FURTHER ORDERED** that the parties shall appear before the undersigned judicial officer at 2:00 pm on July 8, 2026, to conduct a status conference at which issues concerning discovery will be addressed.

**IT IS FURTHER ORDERED** that the parties shall, no later than July 2, 2026, file a joint status report addressing the parties' respective positions regarding the timing and scope of discovery.

**IT IS SO ORDERED**.

Date: April 27, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge