UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM MESMER, et al.,

       Plaintiffs,                  Case No. 1:26–cv–00832–HYJ–PJG

   vs.                          Hon. Hala Y. Jarbou

STRYKER CORPORATION,

       Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that Defendant has not filed the requisite disclosure.

Accordingly,

IT IS ORDERED that Defendant shall file a corporate disclosure statement within seven (7) days of the date of this order. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

Dated:  May 21, 2026              ___/s/ Hala Y. Jarbou_____
                             HALA Y. JARBOU
                             Chief United States District Judge