**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| *In re Stryker Corporation Cyberattack Litigation* | Case No. 1:26-CV-00832-HYJ-PJG |
|  | Hon. Hala Y. Jarbou |
|  | Hon. Philip J. Green |

---

**DECLARATION OF COLLEEN M. GULLIVER**
**IN SUPPORT OF STRYKER CORPORATION'S**
**MOTION FOR PHASED DISCOVERY**

I, Colleen M. Gulliver, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am over the age of eighteen and competent to make this declaration.

2.     I am an attorney duly licensed to practice law and am admitted to practice before the United States District Court for the Western District of Michigan. I am an attorney at DLA Piper LLP (US), counsel of record for Defendant Stryker Corporation ("Stryker") in this action. I submit this declaration in support of Stryker's Brief in Support of Its Motion for Phased Discovery.

3.     I have personal knowledge of the matters stated herein. I could and would competently testify to the matters stated herein if called upon to do so.

4.     Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the April 27, 2026 Status Conference before Magistrate Judge Green.

5.     Attached hereto as **Exhibit B** is a copy of the complaint filed by Tristan Tanner against Medtronic in *Tanner v. Medtronic Inc. et al*, Case No. 0:26cv2445 (D. Minn. May 1, 2026), which our firm obtained from public court records.

I declare under penalty of perjury that the foregoing is true and correct.

1

2

Executed this 15th day of June 2026.
Brooklyn, New York

Colleen M. Gulliver