# Exhibit B

**Archived:** Monday, June 8, 2026 9:41:33 PM
**From:** Workplace Practices
**Mail received time:** Wed, 18 Mar 2026 15:34:27
**Sent:** Wed, 18 Mar 2026 10:30:25
**To:** dax.dodge@stryker.com
**Subject:** Payroll notification: Weeks of March 9 and 16
**Importance:** Normal
**Sensitivity:** None

---

**stryker**

## Payroll for the weeks of March 9 and 16
March 18, 2026

**Employees,**

As we continue to navigate last week's system disruptions, we recognize that this has been a challenging experience for everyone. It is our priority to support our teams and work to minimize concerns. We are committed to ensuring     all workers are paid accurately, consistently and fairly, including for any hours where you were scheduled to work, but unable to do so due to system outages beyond your control.

For the week of March 9, Stryker took steps to enter facility closure pay hours aligned with your regularly expected work hours, considering any planned time off entries, such as vacation, sick or bereavement leave.

Due to the limited timeline and system constraints, some timecards may require review or refinement. We want to be sure you are paid accurately, and we remain committed to addressing questions and making corrections as quickly     as possible.

---

**For the workweek of March 9:**

- Review your pay stub to ensure it's accurate.
- If you notice an issue that needs to be corrected, work with your manager to ensure updates are processed accurately and promptly.

**For the workweek of March 16:**

- Accurately enter or punch time for all hours worked, including breaks.
- Enter time daily rather than waiting until the end of the week to help ensure accuracy.

- Contact your manager if you notice an incorrect pay component that needs to be corrected.

**Please note**: Off-cycle payments cannot be processed at this time. If changes are needed on your timecard, work with your manager to make the corrections and approve those changes in Workday by  **Monday, March 23 at 2 p.m. ET** for updates to be reflected in your March 27 paycheck.

---

**Facility closure pay is intended to help hourly employees reach their normally scheduled hours for the week.**

**Example:**

If you are normally scheduled to work 40 hours in a week:

- If your **actual hours worked** plus any other paid time (such as vacation, sick or bereavement leave) already total 40 hours,    **facility closure pay will not be added.**
- If your total hours fall'a0  **below 40**, facility closure pay may be used    **only to bring you up to 40 hours, not above** that amount.

Adjustments will be made as needed to ensure weekly totals align with this guidance. 'a0

We appreciate your patience and understanding as we work through this together.

---

Internal use only. Company confidential.

This email was distributed to non-exempt employees.