# Exhibit C

**Archived:** Monday, June 8, 2026 9:41:17 PM
**From:** Workplace Practices
**Mail received time:** Wed, 25 Mar 2026 15:06:19
**Sent:** Wed, 25 Mar 2026 10:00:47
**To:** dax.dodge@stryker.com
**Subject:** Payroll notification: Week of March 23
**Importance:** Normal
**Sensitivity:** None

---

**stryker**

## Payroll for week of March 23
March 25, 2026

**Employees,**

As we continue recovering from the recent cyber event, we remain focused on supporting our employees and ensuring you are paid accurately, consistently and fairly, including for any hours you were unable to work due to system    outages beyond your control.

For the week of March 9 and March 16, Stryker took steps to provide      **facility closure pay** aligned with your regularly expected work hours, considering any planned time off entries, such as vacation, sick or bereavement leave.

We recognize that systems will be restored at different times and not all employees in the same location or in the same departments may be fully returned due to recovery limitations and various system constraints. Therefore,    **for the week of March 23, Stryker will continue facility closure pay where necessary in non-operational areas to help you reach your normally scheduled hours for the work week.**

We want to be sure you are paid accurately, and we remain committed to addressing questions and making corrections as quickly as possible.

---

**For the work week of March 16, please review your pay stub to ensure it's accurate.**

- **Action:** If you have questions on your individual schedule, time worked or facility closure pay, please work directly with your manager. They can review your hours with you and help ensure everything is recorded accurately and corrected    as needed.

**For the work week of March 23, please do the following:**

- Accurately enter or punch time for all hours worked, including breaks.
- Enter time daily rather than waiting until the end of the week to help ensure

accuracy.

- Contact your manager if you notice an incorrect pay component that needs to be corrected.

**Please note**: Off-cycle payments cannot be processed at this time. If changes are needed on your timecard, work with your manager to make the corrections and approve those changes in Workday by **Monday, March 30 at 2 p.m. ET** for updates to be reflected in your April 3 paycheck.

---

**Facility closure pay is intended to help hourly employees reach their normally scheduled hours for the week.**

**Example:**

If you are normally scheduled to work 40 hours in a week:

- If your **actual hours worked** plus any other paid time (such as vacation, sick or bereavement leave) already total 40 hours, **facility closure pay will not be added.**
- If your total hours fall'a0 **below 40**, facility closure pay may be used **only to bring you up to 40 hours, not above** that amount.

Adjustments will be made as needed to ensure weekly totals align with this guidance.

We appreciate your patience and understanding as we work through this together.

---

Internal use only. Company confidential.

This email was distributed to non-exempt employees.