**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| *In re Stryker Corporation Cyberattack Litigation* | Case No. 1:26-CV-00832-HYJ-PJG<br><br>Hon. Hala Y. Jarbou<br>Hon. Philip J. Green |

## DECLARATION OF WILLIAM HARDIN

I, William Hardin, declare under penalty of perjury:

**INTRODUCTION**

1.      I am the Forensic Practice Leader at Charles River Associates ("CRA") with expertise in the field of digital forensics and incident response. DLA Piper LLP (US) ("Counsel") retained CRA on behalf of Stryker Corporation ("Stryker") to seek my opinions on certain matters relating to the captioned case.

2.      I based this declaration on information currently available to me. I reserve the right to expand, modify, amend, and/or supplement my opinions should any additional information become available to me, including any additional matters raised by experts on behalf of the Plaintiff or in light of orders from the Court or any other authoritative body. I reserve the right to supplement this declaration if any information becomes available that would change my opinions. If other experts submit reports regarding the topics addressed in my declaration, I understand that I may be asked to review and respond to them.

1

## QUALIFICATIONS

3.     I have served as a Vice President in CRA's Forensic Services practice for the past ten years and have led thousands of cyber investigations. CRA is a global consulting firm with over 800 professionals specializing in providing economic, accounting, financial, and management consulting services, assisting clients on economic, accounting, and financial matters pertaining to litigation and regulatory proceedings.

4.     I have over 24 years of professional experience related to information technology and computer systems including over 18 years of professional experience in digital forensics, incident response, and the preservation and analysis of electronic evidence. I have investigated thousands of matters involving cyber extortion and numerous cyber extortion events which arose from the ransomware crime syndicates. I have managed and supported cyber investigations into individuals to identify whether an individual's data was available in underground cyber markets. A complete and current copy of my curriculum vitae is attached as **Exhibit A** to this declaration.

## ASSIGNMENT AND MATERIALS

5.     Counsel retained CRA to analyze whether information related to the Plaintiffs was available for sale or otherwise available electronically. My findings are based upon information available to me as of the date of this declaration. In addition to the available materials, my findings are based on my experience, training, education, and knowledge in the fields of information security,

2

incident response, and digital forensics. This declaration and all supporting analyses have been prepared either directly by me or by CRA staff working under my supervision and direction. To aid in this assignment, I relied upon materials listed in **Exhibit B**.

6. My review also included analysis performed by CRA's Cyber Intelligence team, which utilized open-source intelligence ("OSINT") to conduct additional research. To perform this research, CRA's Cyber Intelligence team maintains access to "Surface Web," "Deep Web," and "Deep Dark Web" sites for cyber related research and analysis. CRA also monitors ransomware shame sites, most of which operate on the TOR network.

7. Surface Web sites are accessible directly on the Internet and indexed by common Internet search engines, including Google, Bing, and Yahoo!. While Deep Web sites are accessible directly on the Internet and may include Surface Web sites, they are not indexed by common Internet search engines, and they can provide a marketplace to exchange information for credits, cryptocurrency, or other information. Deep Dark Web sites are hosted on an anonymous network, such as The Onion Router ("TOR"), and require a special network connection to access.

8. To search Deep Web and Deep Dark Web sites, CRA's Cyber Intelligence team maintains identities with active reputations. These identities have been developed over time and follow strong operational security procedures to distance them from those of the team. These identities are necessary as Deep

3

Web and Deep Dark Web sites often restrict access to known and active identities. To search Deep Dark Web sites, CRA's Cyber Intelligence team leverages anonymous network services, such as special computer configurations that prevent historical tracking, virtual private networks ("VPN"), and connections to the TOR network. Web addresses for sites on the Deep Dark Web end in the ".onion" suffix.

**BACKGROUND**

9.  Stryker, a manufacturer of surgical and neurotechnological medical devices, announced it experienced a cyberattack affecting its computer network in March 2026 (the "Incident"). In the Consolidated Amended Complaint ("CAC"), the Plaintiffs allege to all be current or former employees of Stryker. ECF 15 at ¶¶ 47, 65, 87, 105, 123, 142, 159, 180.

10. I understand that the Plaintiffs allege that the following personally identifiable information ("PII") was compromised in the Incident: "Name, Social Security Number, financial account information, health insurance information, and driver's license information." ECF 15 at ¶ 28. I have reviewed the CAC and excerpted below the specific factual allegations of misuse they allege to be a result of the Incident.

| Plaintiff | Allegation |
|---|---|
| Thompson | "[R]ight after the Data Breach, she had multiple instances of account openings/attempts."  CAC ¶ 167. "Plaintiff received a denial notice for a credit application she did not submit, and an unauthorized |

4

| Plaintiff | Allegation |
|---|---|
|  | account was opened in her name." *Id.* ¶ 168. "As a result, Plaintiff's credit score dropped by 46 points." *Id.* ¶ 169. "On or about March 17, 2026, Plaintiff began receiving multiple alerts from Credit Shield indicating her login credentials had been found on the dark web. That same day, she was locked out of her bank account twice after an unknown actor repeatedly changed her password." *Id.* ¶ 170. "And in the aftermath of the Data Breach, Plaintiff suffered from a spike in spam and scam text messages and phone calls." *Id.* ¶ 172. |
| Dodge | "And in the aftermath of the Data Breach, Plaintiff suffered from a spike in spam and scam emails, text messages, and phone calls." *Id.* ¶ 79. |
| Primer | "Plaintiff experienced fraudulent activity associated with his Apple account shortly after the Data Breach." *Id.* ¶ 133. |
| Mangold | "[A]round the time of the Data Breach, Plaintiff received a dark web alert from LifeLock alerting him that his PII, including an email and password he used during his time he worked with Stryker, was found on the dark web." *Id.* ¶ 114. |
| Mesmer | "[A]round the time of the Data Breach, Plaintiff received a LinkedIn invitation and message from a fraudulent actor posing as a Stryker employee in an attempt to |

| Plaintiff | Allegation |
|---|---|
|  | commit social-engineering fraud." *Id.* ¶ 56. |
| Trepanier | "And in the aftermath of the Data Breach, Plaintiff suffered from a spike in spam and scam emails and phone calls." *Id.* ¶ 189. |
| Fredrickson | Plaintiff does not have specific factual allegations of misuse they allege to be a result of the Incident.  *See id.* ¶¶ 87-104. |
| Tanner | Plaintiff does not have specific factual allegations of misuse they allege to be a result of the Incident.  *See id.* ¶¶ 142-158. |

In preparing this declaration, I also reviewed the June 12, 2026 Declaration of Michael Puca and the June 15, 2026 Declaration of Juan Pablo Calderon.

**OPINIONS**

11. CRA's review of sites on the Deep Dark Web, Surface Web, and Deep Web reveals that all of the Plaintiffs have previously had their personal information compromised, leaving their information publicly accessible prior to the Incident.

12. When we searched the dark web and clear net for information associated with each Plaintiff, we identified various information in numerous cyber security events that occurred in the past that included their name, address, email, passwords, social security numbers, phone numbers, and other data elements, which we outlined for each Plaintiff below.

6

13. Based on this information noted above and review of materials, it is my opinion that allegations presented by Plaintiffs are not substantiated or tied to the Incident as Stryker's investigation has concluded that there is no evidence Plaintiffs' PII was accessed and Plaintiffs' information was already exposed in other cyber incidents that were posted to the dark web.

14. Information associated with each Plaintiff identified during our research on the dark web and surface web is noted below.

**Belva Thompson**

15. In the CAC, Belva Thompson ("Thompson") alleges the following:

   a. "[R]ight after the Data Breach, she had multiple instances of account openings/attempts." (CAC ¶ 167).

   b. "Plaintiff received a denial notice for a credit application she did not submit, and an unauthorized account was opened in her name. As a result, Plaintiff's credit score dropped by 46 points." (CAC ¶ ¶ 168-169).

   c. "On or about March 17, 2026, Plaintiff began receiving multiple alerts from Credit Shield indicating her login credentials had been found on the dark web. That same day, she was locked out of her bank account twice after an unknown actor repeatedly changed her password." (CAC ¶ 170).

   d. "And in the aftermath of the Data Breach, Plaintiff suffered from a spike in spam and scam text messages and phone calls." (CAC ¶ 172).

16. For Thompson, the CAC does not identify what accounts were opened or applied for.  Normally to open an account, a person would need a name, Social Security number, email, phone number, address, amongst other items.  All of this information was identified on the dark web from previous cyber security incidents.

17. Thompson alleges that her login credentials were found on the dark web.  CRA identified numerous usernames and passwords associated with previous cyber security incidents.

18. Thompson alleges that she was locked out of her bank account.  We do not know what credentials she used for her bank account, nor do we understand if she set up additional security measures such as multi factor authentication associated with her bank.  CRA identified numerous usernames and passwords from prior cyber events available on the dark web.

19. Thompson alleges that she suffered a spike in spam and scam text messages and phone calls.  CRA identified her phone number in numerous prior cyber incidents. In my opinion, the spike in spam and scam text messages and phone calls may be attributable to data breaches she experienced prior to the Incident, as described below.

20. CRA's Cyber Intelligence team found information regarding Thompson in 20 previously reported data breaches unrelated to Stryker. Information impacted by these data breaches includes IP addresses, **Social Security numbers**, dates of birth, display names, email addresses, employers, genders, geographic

locations, job titles, **names**, partial phone numbers, password hashes, phone numbers, physical addresses, plaintext passwords, telecommunications carriers, user IDs, usernames, and motor vehicle information.[1] The website *Have I Been Pwned* ("HIBP") reports the following breach dates and categories of impacted data associated with Thompson:[2]

a.  Data Breach: Neteller | Date: May 2010 | Fields: account balances, dates of birth, email addresses, genders, IP addresses, **names**, phone numbers, physical addresses, security questions and answers, and website activity.

b.  Data Breach: ClearVoice Surveys | Date: August 2015 | Fields: dates of birth, email addresses, genders, IP addresses, **names**, passwords, phone numbers, physical addresses

c.  Data Breach: Exploit.In | Date: October 2016 | Fields: email addresses, passwords

---

[1] Where there is an overlap between the PII alleged in the Incident, I have bolded that information.

[2] Have I Been Pwned, https://haveibeenpwned.com. HIBP is an industry standard tool for identifying if an email address is associated with a data breach. Individuals leverage this publicly accessible website to check whether their personal information has appeared in a data breach. Law enforcement also works with HIBP to update this dataset (https://therecord.media/the-fbi-will-feed-hacked-passwords-directly-into-have-i-been-pwned, https://www.troyhunt.com/pwned-passwords-open-source-in-the-dot-net-foundation-and-working-with-the-fbi/). CRA leverages HIBP as another data source to report if an email address is within a data breach and list the associated identifiers HIBP reports with the identified email address within the data breach.

d.    Data Breach: Onliner Spambot | Date: August 2017 | Fields: email addresses, passwords

e.    Data Breach: Houzz | Date: May 2018 | Fields: email addresses, geographic locations, IP addresses, **names**, passwords, social media profiles, usernames

f.    Data Breach: Collection #1 | Date: January 2019 | Fields: email addresses, passwords

g.    Data Breach: Verifications.io | Date: February 2019 | Fields: dates of birth, email addresses, employers, genders, geographic locations, IP addresses, job titles, **names**, phone numbers, physical addresses

h.    Data Breach: ApexSMS | Date: April 2019 | Fields: email addresses, genders, geographic locations, IP addresses, **names**, phone numbers, telecommunications carrier

i.    Data Breach: MGM Resorts | Date: July 2019 | Fields: dates of birth, email addresses, **names**, phone numbers, physical addresses

j.    Data Breach: Zacks | Date: May 2020 | Fields: email addresses, **names**, passwords, phone numbers, physical addresses, usernames

k.    Data Breach: Cit0day | Date: November 2020 | Fields: email addresses, passwords

l.    Data Breach: Twitter (200M) | Date: January 2021 | Fields: email addresses, **names**, social media profiles, usernames

10

m.  Data Breach: Compilation of Many Breaches (COMB) | Date: February 2021 | Fields: passwords, usernames

n.  Data Breach: Gemini | Date: December 2022 | Fields: email addresses, partial phone numbers

o.  Data Breach: National Public Data | Date: April 2024 | Fields: dates of birth, email addresses, genders, **names**, phone numbers, physical addresses, **Social Security number**

p.  Data Breach: Neiman Marcus | Date: April 2024 | Fields: dates of birth, email addresses, IP addresses, **names**, partial credit card data, phone numbers, physical addresses, purchases

q.  Data Breach: The Post Millennial | Date: May 2024 | Fields: email addresses, genders, IP addresses, **names**, passwords, phone numbers, physical addresses, usernames

r.  Data Breach: 5kk | Fields: dates of birth, **names**, physical addresses, phone numbers

s.  Data Breach: Fullz USA 4kk | Fields: dates of birth, **names**, phone numbers, physical addresses

t.  Data Breach: Have I Been Drained | Fields: email addresses, partial phone numbers

21.  Prior to her employment with Stryker, which I understand began in 2024, Thompson filed three incident reports with the Tucson Police Department

11

claiming to be the victim of identity theft.[3] These reports include assertions that unknown parties accessed her account with credit reporting firm Experian, and that they attempted to change her PII; stole her identity and Social Security number in order to access and divert her unemployment compensation; accessed her banking details with Capital One, preventing her from accessing her account; and leveraged their access to her banking details to perform at least one fraudulent transaction.

22.    Thompson filed these reports between October 12, 2017, and September 17, 2021. An incident report dated September 6, 2020, indicates that her claims of identity theft began as early as July 14, 2012, when her PII was reportedly changed to divert unemployment benefits.[4] In a separate report dated September 16, 2021, she reported receiving "OTHER PEOPLE&#039;S [sic] MAIL," and being "PREVENTED […] FROM APPLING [sic] OR HAVING ACCESS TO [HER] ACCOUNT" after "SOMEONE TOOK OVER [HER] PLATFORM AND PUT THEIR INFORMATION IN AND CHANGED THE BANKING DETAILS."[5] These allegations resemble those against Stryker in the captioned case, in which Thompson reports being locked out of her bank

---

[3] *Tucson Police Dep't (Ariz.) Incident Report* No. P1710220186-1 (Oct. 12, 2017), attached hereto as **Exhibit C**; *Tucson Police Dep't (Ariz.) Incident Report* No. P2009068510-1 (Sept. 6, 2020), attached hereto as **Exhibit D**; *Tucson Police Dep't (Ariz.) Incident Report* No. P2109168524Z-1 (Sept. 16, 2021), attached hereto as **Exhibit E**.

[4] *Tucson Police Dep't (Ariz.) Incident Report* No. P2009068510-1.

[5] *Tucson Police Dep't (Ariz.) Incident Report* No. P2109168524Z-1.

account on two occasions after an unknown actor repeatedly changed her password in or around March 2026.

23.   In my opinion, the activity that Thompson describes in paragraphs 167-172 of the CAC may be attributable to the data breaches and incidents of identity theft she experienced prior to the Incident.  In addition, CRA identified a June 24, 2025 fundraiser titled "Journey to Stability" that was launched on the fundraising platform GoFundMe, with the description noting that she "recently secured a new job" following the loss of her previous job in the months prior, the foreclosure of her residence, and indicated that Thompson was living out of her car.[6]

24.   Separately, Thompson alleges theft or misappropriation of data in a class-action lawsuit filed in Santa Clara County Superior Court on October 1, 2024, wherein plaintiffs allege that Google LLC had unlawfully intercepted, collected, and monetized their private internet browsing data, including their communications, identifiers, browsing activity, and personal information, without consent.[7]

---

[6] See *Support Belva's Journey to Stability*, GoFundMe (June 24, 2025), https://www.gofundme.com/f/support-belvas-journey-to-stability and *Restore Belva's Path to Stability and Dignity*, GoFundMe (October 25, 2024), https://web.archive.org/web/20250105115814/https://www.gofundme.com/f/Help-Belva-Rebuild.

[7] *Derjangocyan, Thompson et al. v. Google LLC*, No. 24CV448534, Santa Clara County Superior Court (Cal.) (Oct. 1, 2024).

**Dax Dodge**

25.    In the CAC, Dax Dodge ("Dodge") alleges that he suffered a spike in spam and scam emails, text messages, and phone calls. (CAC ¶ 79).    CRA identified email addresses, and phone numbers in numerous prior cyber incidents. In my opinion, the spike in spam and scam emails, text messages and phone calls may be attributable to data breaches he experienced prior to the Incident, as described below.

26.    CRA's Cyber Intelligence team found information regarding Dodge in six previously reported data breaches unrelated to Stryker. Information impacted by these data breaches includes dates of birth, devices information, email addresses, geographic locations, **names**, social media profiles, and usernames. CRA OSINT, copies of breach datasets, and HIBP reports the following breach dates and categories of impacted data associated with Dodge:

a.    Data Breach: Share This | Date: July 2018 | Fields: dates of birth, email addresses, **names**, passwords

b.    Data Breach: MindJolt | Date: March 2019 | Fields: dates of birth, email addresses, **names**

c.    Data Breach: Mathway | Date: January 2020 | Fields: device information, email addresses, **names**, passwords, social media profiles

d.    Data Breach: Teespring | Date: April 2020 | Fields: email addresses, geographic locations, **names**, social media profiles

14

e.    Data Breach: Twitter (200M) | Date: January 2021 | Fields: email addresses, **names**, social media profiles, usernames

f.    Data Breach: The Post Millennial | Date: May 2024 | Fields: email addresses, genders, IP addresses, **names**, passwords, phone numbers, physical addresses, usernames

**Maurice Primer**

27.    In the CAC, Maurice Primer ("Primer") alleges he experienced fraudulent activity associated with his Apple account shortly after the Data Breach. (CAC ¶ 133).  In the CAC, no credentials were given with respect to the Apple Account.  Apple accounts can be setup with an email address or phone number. Existing Apple accounts can be logged into with an email address or phone number and password.  CRA identified email addresses, phone numbers, and passwords for Maurice in numerous prior cyber events.  In my opinion, the activity on his Apple account that Primer describes in paragraph 133 of the CAC may be attributable to data breaches he experienced prior to the Incident, as described below.

28.    CRA's Cyber Intelligence team found information regarding Primer in eight previously reported data breaches unrelated to Stryker. Information impacted by these data breaches includes IP addresses, email addresses, genders, **names**, phone numbers, physical addresses, telecommunications carriers.

15

CRA OSINT, copies of breach datasets, HIBP reports the following breach dates and categories of impacted data associated with Primer:

a. Data Breach: Modern Business Solutions | Date: October 2016 | Fields: dates of birth, email addresses, genders, IP addresses, job titles, **names**, phone numbers, physical addresses

b. Data Breach: Onliner Spambot | Date: August 2017 | Fields: email addresses, passwords

c. Data Breach: Verifications.io | Date: February 2019 | Fields: dates of birth, email addresses, employers, genders, geographic locations, IP addresses, job titles, **names**, phone numbers, physical addresses

d. Data Breach: Instant Checkmate | Date: April 2019 | Fields: email addresses, **names**, passwords, phone numbers

e. Data Breach: ApexSMS | Date: April 2019 | Fields: email addresses, genders, geographic locations, IP addresses, **names**, phone numbers, telecommunications carrier

f. Data Breach: RocketText: January 2020 | Fields: email addresses, IP addresses, phone numbers, physical addresses

g. Data Breach: AT&T | Date: August 2021 | Fields: dates of birth, email addresses, government-issued IDs, **names**, phone numbers, physical addresses

h. Data Breach: U.S. Cell Phone | Fields: genders, **names**, phone numbers, physical addresses, telecommunications carrier

16

**Scott Mangold**

29. In the CAC, Scott Mangold ("Mangold") alleges "[A]round the time of the Data Breach, Plaintiff received a dark web alert from LifeLock alerting him that his PII, including an email and password he used during his time he worked with Stryker, was found on the dark web." (CAC ¶ 114).

30. LifeLock scans the dark web and surface web with criteria that the person puts into the site. The software runs a match report to the data sets it will scan. New dark web sites, prior sites and/or surface websites can be scanned daily that LifeLock identifies so receipt of an alert on a given day does not mean that it is newly accessible data or necessarily related to the Incident.  CRA identified numerous email addresses and passwords associated with prior cyber events.  In my opinion, the LifeLock alert that Primer describes in paragraph 114 of the CAC may be attributable to data breaches he experienced prior to the Incident, as described below.

31. CRA's Cyber Intelligence team found information regarding Scott Mangold in 18 previously reported data breaches unrelated to Stryker. Information impacted by these data breaches includes IP addresses, **Social Security numbers**, dates of birth, email addresses, genders, geographic locations, **names**, password hashes, phone numbers, physical addresses, plaintext passwords, religious affiliations, telecommunications carriers, user identification numbers, and usernames. CRA OSINT, copies of breach

17

datasets, HIBP reports the following breach dates and categories of impacted data associated with Mangold:

a.      Data Breach: MySpace | Date: July 2008 | Fields: email addresses, passwords, usernames

b.      Data Breach: Evite | Date: August 2013 | Fields: dates of birth, email addresses**,** genders, **names**, passwords, phone numbers, physical addresses

c.      Data Breach: Dailymotion | Date: October 2016 | Fields: email addresses, passwords, usernames

d.      Data Breach: Exploit.In | Date: October 2016 | Fields: email addresses, passwords

e.      Data Breach: Anti Public Combo List | Date: December 2016 | Fields: email addresses, passwords

f.      Data Breach: Collection #1 | Date: January 2019 | Fields: email addresses, passwords

g.      Data Breach: CafePress | Date: February 2019 | Fields: email addresses, **names**, passwords, phone numbers, physical addresses

h.      Data Breach: Verifications.io | Date: February 2019 | Fields: dates of birth, email addresses, employers, genders, geographic locations, IP addresses, job titles, **names**, phone numbers, physical addresses

i.      Data Breach: Truth Finder | Date: April 2019 | Fields: email addresses, **names**, passwords, phone numbers

18

j.    Data Breach: MGM Resorts | Date: July 2019 | Fields: dates of birth, email addresses, **names**, phone numbers, physical addresses

k.    Data Breach: Zacks | Date: May 2020 | Fields: email addresses, **names**, passwords, phone numbers, physical addresses, usernames

l.    Data Breach: Twitter (200M) | Date: January 2021 | Fields: email addresses, **names**, social media profiles, usernames

m.    Data Breach: Compilation of Many Breaches (COMB) | Date: February 2021 | Fields: passwords, usernames

n.    Data Breach: Luxottica | Date: March 2021 | Fields: dates of birth, email addresses, genders, **names**, phone numbers, physical addresses

o.    Data Breach: National Public Data | Date: April 2024 | Fields: dates of birth, email addresses, genders, **Social Security number**, **names**, phone numbers, physical addresses

p.    Data Breach: Twilio | Date: July 2024 | Fields: phone number, user IDs

q.    Data Breach: U.S. Cell Phone | Fields: genders, **names**, phone numbers, physical addresses, telecommunications carrier

r.    Data Breach: U.S. Wireless | Fields: geographic locations, **names**, physical addresses, phone numbers, religious affiliations, telecommunications carrier

**Thomas Mesmer**

32.    In the CAC, Thomas Mesmer ("Mesmer") alleges "around the time of the Data Breach, Plaintiff received a LinkedIn invitation and message from a fraudulent

19

actor posing as a Stryker employee in an attempt to commit social-engineering fraud." (CAC ¶ 56).

33. In my opinion, the LinkedIn invitation would not be attributable to the PII alleged compromised in the CAC.

34. CRA identified numerous email addresses associated with prior cyber events.

35. CRA's Cyber Intelligence team found information regarding Mesmer in 4 previously reported data breaches unrelated to Stryker. Information impacted by these data breaches includes IP addresses, Social Security numbers, dates of birth, devices information, email addresses, genders, **names**, password hashes, phone numbers, physical addresses, and usernames. CRA OSINT, copies of breach datasets, and HIBP reports the following breach dates and categories of impacted data associated with Mesmer:

a. Data Breach: Dailymotion | Date: October 2016 | Fields: email addresses, passwords, usernames

b. Data Breach: Verifications.io | Date: February 2019 | Fields: dates of birth, email addresses, employers, genders, geographic locations, IP addresses, job titles, **names**, phone numbers, physical addresses

c. Data Breach: Luxottica | Date: March 2021 | Fields: dates of birth, email addresses, genders, **names**, phone numbers, physical addresses

d. Data Breach: National Public Data | Date: April 2024 | Fields: dates of birth, email addresses, genders, **names**, phone numbers, physical addresses, **Social Security number**.

**Stacy Trepanier (a\k\a Stacy Gearou)**

37.    In the CAC, Stacy Trepanier ("Trepanier") alleges that she suffered from a spike in spam and scam emails and phone calls. CRA identified email addresses and phone numbers in numerous prior cyber incidents.  In my opinion, the spike in spam and scam emails and phone calls may be attributable to data breaches she experienced prior to the Incident, as described below.

38.    CRA's Cyber Intelligence team found information regarding Trepanier in 18 previously reported data breaches unrelated to Stryker. Information impacted by these data breaches includes **Social Security numbers**, dates of birth, email addresses, geographic locations, **names**, password hashes, phone numbers, physical addresses, plaintext passwords, salted password hash, social media profiles information, and user identification numbers. CRA OSINT, copies of breach datasets, HIBP reports the following breach dates and categories of impacted data associated with Trepanier:

   a. Data Breach: LinkedIn | Date: May 2012 | Fields: email addresses, passwords

   b. Data Breach: Dropbox | Date: July 2012 | Fields: email addresses, passwords

   c. Data Breach: Whitepages | Date: June 2016 | Fields: email addresses, **names**, passwords

21

d.  Data Breach: Exploit.In | Date: October 2016 | Fields: email addresses, passwords

e.  Data Breach: MyHeritage | Date: October 2017 | Fields: email addresses, passwords

f.  Data Breach: 2,844 Separate Data Breaches | Date: February 2018 | Fields: email addresses, passwords

g.  Data Breach: MyFitnessPal | Date: February 2018 | Fields: email addresses, IP addresses, passwords, usernames

h.  Data Breach: Ticketfly | Date: May 2018 | Fields: email addresses, **names**, phone numbers, physical addresses

i.  Data Breach: Share This | Date: July 2018 | Fields: dates of birth, email addresses, **names**, passwords

j.  Data Breach: Collection #1 | Date: January 2019 | Fields: email addresses, passwords

k.  Data Breach: Verifications.io | Date: February 2019 | Fields: dates of birth, email addresses, employers, genders, geographic locations, IP addresses, job titles, **names**, phone numbers, physical addresses

l.  Data Breach: Zynga | Date: September 2019 | Fields: email addresses, passwords, phone numbers, usernames

m. Data Breach: Data Enrichment Exposure From PDL Customer | Date: October 2019 | Fields: email addresses, employers, geographic locations, job titles, **names**, phone numbers, social media profiles

22

n.  Data Breach: Zoosk | Date: January 2020 | Fields: dates of birth, drinking habits, education levels, email addresses, ethnicities, family structure, genders, geographic locations, income levels, **names**, nicknames, physical attributes, political views, relationship statuses, religious affiliations, sexual orientations, smoking habits

o.  Data Breach: Compilation of Many Breaches (COMB) | Date: February 2021 | Fields: passwords, usernames

p.  Data Breach: Luxottica | Date: March 2021 | Fields: dates of birth, email addresses, genders, **names**, phone numbers, physical addresses

q.  Data Breach: Naz.API | Date: September 2023 | Fields: email addresses, passwords

r.  Data Breach: National Public Data | Date: April 2024 | Fields: dates of birth, email addresses, genders, **names**, phone numbers, physical addresses, **Social Security numbers**

**Joseph Fredrickson**

39.  In the CAC, Joseph Fredrickson ("Fredrickson") has no factual allegations of misuse of data.  CRA found numerous examples of information in prior cyber events.

40.  CRA's Cyber Intelligence team found information regarding Frederickson in 7 previously reported data breaches unrelated to Stryker. Information impacted by these data breaches includes IP addresses, county code, dates of birth, email addresses, employers, **full name**, genders, geographic locations, id

23

requirements, job titles, **names**, passwords, phone numbers, physical address, political party affiliation, precinct name, salutations, social media profiles, usernames, voter ID, and voter status. CRA OSINT, copies of breach datasets, and HIBP reports the following breach dates and categories of impacted data associated with Fredrickson:

a.    Data Breach: LinkedIn | Date: May 2012 | Fields: email addresses, passwords

b.    Data Breach: Apollo | Date: July 2018 | Fields: email addresses, employers, geographic locations, job titles, names, phone numbers, salutations, social media profiles

c.    Data Breach: Verifications.io | Date: February 2019 | Fields: dates of birth, email addresses, employers, genders, geographic locations, IP addresses, job titles, **names**, phone numbers, physical addresses

d.    Data Breach: Data Enrichment Exposure From PDL Customer | Date: October 2019 | Fields: email addresses, employers, geographic locations, job titles, **names**, phone numbers, social media profiles

e.    Data Breach: U.S. Voter Colorado 2020 | Date: January 2020 | Fields: voter ID, county code, county, **full name**, voter status, precinct name, physical address, political party affiliation, and id requirements.

f.    Data Breach: U.S. Voter Colorado 2021 | Date: January 2021 | Fields: voter ID, county code, county, **full name**, voter status, precinct name, physical address, political party affiliation, and id requirements.

g.    Data Breach: Compilation of Many Breaches (COMB) | Date: February 2021 | Fields: passwords, usernames

**Tristan Tanner**

41.    In the CAC, Tristan Tanner ("Tanner") has no factual allegations of misuse of data. CRA found numerous examples of information in prior cyber events.

42.    CRA's Cyber Intelligence team found information regarding Tanner in 20 previously reported data breaches unrelated to Stryker. Information impacted by these data breaches includes email addresses, passwords, password hashes, password salts, phone numbers, addresses, user identification numbers, job titles, employers, and social media profiles.  CRA OSINT, copies of breach datasets, and HIBP reports the following breach dates and categories of impacted data associated with Tanner:

a.    Data Breach: MySpace | Date: July 2008 | Fields: email addresses, passwords, usernames

b.    Data Breach: LinkedIn | Date: May 2012 | Fields: email addresses, passwords

c.    Data Breach: Dropbox | Date: July 2012 | Fields: email addresses, passwords

d.    Data Breach: iMesh | Date: September 2013 | Fields: email addreses, IP addresses, passwords, usernames.

e.    Data Breach: Experian | Date: September 2015 | Fields: Credit status information, dates of birth, email addresses, ethnicities, family

25

structure, genders, home ownership statuses, income levels, IP addresses, name, phone numbers, physical addresses, purchasing habits.

f.   Data Breach: Exploit.in | Date: October 2016 | Fields: email addresses, passwords

g.   Data Breach: Netprospex You've Been Scraped | Date: September 2016 | Fields: email addresses, employers, job titles, **names**, phone numbers, physical addresses.

h.   Data Breach: AntiPublic | Date: December 2016 | Fields: email addresses, passwords

i.   Data Breach: OnlinerSpambot | Date: August 2017 | Fields: email addresses, passwords

j.   Data Breach: Pembilanc | April 2018 | Fields: email addresses, passwords

k.   Date Breach: Collection #1 | Date: January 2019 | Fields: email addresses, passwords

l.   Data Breach: Verifications.io | Date: February 2019 | Fields: dates of birth, email addresses, employers, genders, geographic locations, IP addresses, job titles, **names**, phone numbers, physical addresses

m.   Data Breach: Twitter | Date: January 2021 | Fields: Email address, **names**, social media profiles, usernames.

26

n.    Data Breach: Compilation of Many Breaches (COMB) | Date: February 2021 | Fields: passwords, usernames.

o.    Data Breach: Luxottica | Date: March 2021 | Fields: dates of birth, email addresses, genders, **names**, phone numbers, physical addresses.

p.    Data Breach: Parkmobile USA | Date: March 2021 | Fields: email addresses, license plates, **names**, passwords, phone numbers.

q.    Data Breach: Epik.com | Date: September 2021 | Fields: email addresses, **names**, phone numbers, physical addresses, purchases

r.    Data Breach: Twilio | Date: July 2024 | Fields: phone number, user IDs

s.    Data Breach: U.S. Cell Phone | Fields: genders, **names**, phone numbers, physical addresses, telecommunications carrier

t.    Data Breach: Jobseeker | Fields: **names**, phone numbers, email addresses, password hashes, password salts

36.    Tanner is currently engaged in litigation with Medtronic, Inc. and Medtronic USA, Inc. concerning similar claims of an employment-related data breach: *Tristan Tanner v. Medtronic, Inc. and Medtronic USA, Inc.* ("Medtronic Complaint"), as filed in U.S. District Court for the District of Minnesota (Case No. 0:26-cv-2445) on May 1, 2026.[8] In his initial complaint, Tanner alleged that he – and other, similarly situated employees of the companies – had had his PII stolen in a cyberattack against the defendants, and that defendants had

---

[8] *Tristan Tanner v. Medtronic, Inc. and Medtronic USA, Inc.*, Case No. 0:26-cv-2445, U.S. District Court for the District of Minnesota (May 1, 2026).

27

failed to implement adequate security measures to prevent such a leak.[9] Within the Medtronic Complaint, Tanner alleges the compromised data likely includes Social Security numbers, names, driver's license information, and health insurance information. According to the Medtronic Complaint, the alleged Data Breach occurred on April 17, 2026.  The complaint indicates that Tanner worked as an Inventory Support IV Specialist with defendants in Mystic, Connecticut from September 2022 to October 2024.

37.    This matter is currently ongoing; as of June 5, 2026, it has been consolidated with another ongoing matter, *Sanders v. Medtronic, Inc.*, as filed in the U.S. District Court for the District of Minnesota on April 29, 2026 (Case No. 0:26-cv-2406).[10]

**CONCLUSION**

38.    I declare under penalty of perjury that the foregoing is true and correct.

DATED:      June 15, 2026

_____

William Hardin

---

[9] Complaint, *Tristan Tanner v. Medtronic, Inc. and Medtronic USA, Inc.*, Case No. 0:26-cv-2445, U.S. District Court for the District of Minnesota (May 1, 2026).
[10] *Sanders v. Medtronic, Inc.*, Case No. 0:26-cv-2406, U.S. District Court for the District of Minnesota (April 29, 2026).