


# TUCSON POLICE DEPARTMENT RECORDS REQUEST FORM

520-791-4462    https://www.tucsonaz.gov/Departments/Police

The information you provide will assist the Tucson Police Department Records Section in fulfilling your request under Arizona Law. Some information may be protected and not releasable.

Name of Requestor: JASON K. WALZ    Date: 6/3/26

Address: 1342 E LAWRENCE LN, PHX, 85020    Phone Number: 480-252-8074

Email Address: JASONKWALZ@GMAIL.com

Signature: _____

I hearby certify under penalty or perjury that the requested record(s) will not be used for commercial purposes as define in ARS 39.121.03

How would you like your records delivered to you: _____ Email    __X__ Pick Up (270 S Stone)    _____ U.S. MAIL

## FEES

| CASE/COLLISION | EMAIL COPIES | Digital Copies (including, but not limited to; 911 calls, Radio Traffic, Photos) | Video (BWC, Surveillance, etc.) | Visa Letters | Misc Reports (to include, OPS, Academy, Data Requests) |
|---|---|---|---|---|---|
| $5.00 per report plus $0.25 per page after 15 pages | $5.00 per report up to 15 GB. If above that limit, $5.00 per every additional 15 GB | $25 per request up to 8GB or per thumb drive. If above that limit or additional thumb drives are required, a $25 fee for every additional metric. | $44 per hour reviewed | $5.00 for 3 copies of notarized documents. | $0.25 per page |

PLEASE READ AND SELECT THE CORRECT SECTION

- If you need a copy of your **Case Report and/or Collision Report**, proceed to **Section A**.
- If you need a **Name Check or Location check**, proceed to **Section B**.
- If your need a **Visa/Arrest/Clearance Letter** for employment, visa purposes or citizenship purposes, proceed to **Section C**.
- If you need any form of **Digital Media** from your case such as **Photos, Videos, or Audio Recordings**, proceed to **Section D**.

*invoice*

RECEIVED
June 3 2026
JUN 03 2026
MFL 203323

### SECTION A: CASE/ COLLISION REPORT

Case Report Number: 1710220186

Date/Time of Incident: 2009068510

Location of Incident: 210916 8524  same

Type of Incident: P210916 85247  same

Name(s) of Persons Involved: P2009068510 - same as 2nd

### SECTION B: NAME or LOCATION CHECK- No Charge (Must include date of birth for name check. Must include date range for location check)

Name: _____

DOB: _____/_____/_____

Location: _____

Date Range: _____

### SECTION C: VISA/ ARREST/ CLEARANCE LETTER (Three copies will be provided)

Name: _____ Date of Birth: _____

Former/Maiden/Alias Names: _____

Social Security Number: _____ Driver's License Number: _____ State: _____

Would you like your Letter Notarized: YES_____ NO_____

Provisions of your Social Security Number is to ensure accuracy in checking your criminal history information. You may choose not to provide this information, however, that may hinder the ability to provide accurate information. **Government issued photo ID MUST be provided with request.**

### SECTION D: DIGITAL MEDIA

Case Number: _____ Date and Time of Incident: _____

Location of Incident: _____ Type of Incident: _____

BWC Video: _____ Photos: _____ MVR Video: _____ 911 Audio: _____ Interview Recording: _____ Surveillance Video: _____

### TPD RECORDS USE ONLY

Total Cost: $ 5    Processed by (Intials and PR) MFL 203323    Date: 06/03/2026

Information Released: RELEASED INCIDENT REPORT

Incident Report P1710220186-1 (Report 1 of 1)



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 520 791 4461

# Incident Report P1710220186-1 (Report 1 of 1)

**Primary Officer:** Rosebeck, Gary (49924)

**Unit:** Domestic Violence 90's    **Division, Sector, Team/Sector:** T2,08,TUC

## Overview

### Incident Overview

**Report Purpose:** Legacy Incident    **Date Reported:** 10/12/2017    **Time Reported:** 09:22    **Incident From Date:** 10/12/2017

**Incident From Time:** 09:22    **Incident To Date:** 10/12/2017    **Incident To Time:** 09:22

**Location:** ▇▇▇▇▇▇▇▇▇▇▇▇

## Offenses

### 1105 - Frauds - Identity Theft    **Author:** Rosebeck, Gary

**Offense:** 1105 - Frauds - Identity Theft    **NIBRS UCR Code:** Identity Theft

Additional Details

**Was Bias Motivation Involved?:** Yes    **Type of Bias Motivation Involved:** 99 - Unknown (offender's motivation not known) (mutually exclusive)

## Names

### Involved Other - WILLIAMS, MARDRIA    **Author:** Rosebeck, Gary

Involvement

**Role:** Involved Other

Identity

**Type:** Known    **Last Name:** WILLIAMS    **First Name:** MARDRIA    **DOB:** ▇▇▇▇▇    **Legacy Person ID:** ▇▇▇▇▇

Description

**Age:** 75    **Sex:** Female    **Race:** Black or African American    **Ethnicity:** Unknown/Not reported    **Weight:** 0

**Resident Status:** Resident

Contact

**Address Type:** Home    **Location:** 5511 E 7th St, Tucson, AZ, 85711, USA

**Phone Number Type:** Mobile

**Phone Number Type:** Home    **Phone Number:** (520) 748-0230



**Tucson Police Dept - AZ**
**Tucson Police Dept - AZ**
**270 S Stone Ave**
**Tucson, AZ, 85701**
**+1 520 791 4461**

---

## Victim - THOMPSON, BELVA M    Author: Rosebeck, Gary

### Involvement

**Role:** Victim    **Offense:** 1105 - Frauds - Identity Theft

### Identity

**Type:** Known    **Last Name:** THOMPSON    **First Name:** BELVA    **Middle Name:** M    **DOB:** ▮▮▮▮▮▮▮

**Legacy Person ID:** ▮▮▮▮▮

### Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Arizona    **ID Number:** ▮▮▮▮▮▮▮

**ID Type:** Social Security Card

**Social Security Number:** ▮▮▮▮▮▮▮

### Description

**Age:** 43    **Sex:** Female    **Race:** Black or African American    **Ethnicity:** Unknown/Not reported    **Height:** 5' 5"    **Weight:** 160

**Eye Color:** Brown    **Hair Color:** Brown    **Resident Status:** Unknown

### Contact

**Address Type:** Home    **Location:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Phone Number Type:** Home    **Phone Number:** ▮▮▮▮▮▮

**Phone Number Type:** Mobile    **Phone Number:** ▮▮▮▮▮▮

**E-Mail:** ▮▮▮▮▮▮▮

# Vehicles

---

**None reported.**

# Property

---

## Stolen - Other    Author: Rosebeck, Gary

### Involvement

**Role:** Stolen    **Offense:** 1105 - Frauds - Identity Theft

### Description

**NIBRS Property Type:** Other    **Value:** $0.00    **Serialized:** No

**Description**
IDENTITY

---

**Tucson Police Dept - AZ**
**270 S Stone Ave**
**Tucson, AZ, 85701**
**+1 520 791 4461**

Related People

**Relationship:** Owner    **Person:** THOMPSON, BELVA M

# Narrative by Rosebeck, Gary

Belva Thompson contacted police on 10-12-17 to report fraud.  I contacted Ms. Thompson by telephone on 10-22-17.  She said that she had recently checked her Experian credit bureau report and saw that there was an apparent attempt by somebody to change her personal data.  Ms. Thompson said the attempted change was to change her current listed address to an address of 5511 E. 7th Street.  She said that address is associated to a Mardria Williams who she said was ▮▮▮▮▮▮▮ conservator between 2008-2010.  Ms. Thompson confirmed that there has been no financial loss or indication of any successful attempt obtain credit in her name at this time.  I provided her with the case report information.  This concludes my involvement in this case.