**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| *In re Stryker Corporation Cyberattack Litigation* | Case No. 1:26-CV-00832-HYJ-PJG |
| | Hon. Hala Y. Jarbou<br>Hon. Phillip J. Green |

## Joint Motion to Adjourn Hearing on Motion for Phased Discovery (ECF No. 18)

Plaintiffs Tom Mesmer, Dax Dodge, Joseph Fredrickson, Scott Mangold, Maurice Primer, Tristan Tanner, Belva Thompson, and Stacy Trepanier ("Plaintiffs") and Defendant Stryker Corporation ("Stryker"), by and through their undersigned counsel, respectfully request that this Court adjourn the hearing on Stryker's Motion for Phased Discovery (ECF No. 18) set for July 1, 2026 at 10:30 a.m. and reschedule that hearing for July 8, 2026 at 2:00 p.m., when this Court will conduct a status conference on "issues concerning discovery."  (ECF No. 13).  The reason for this request is that lead counsel for Stryker cannot attend the hearing on July 1, 2026 as she has pre-planned business travel and will be on the West Coast.  Adjournment would also serve judicial economy by allowing this Court to resolve all interrelated discovery issues in a single proceeding.

[THIS SPACE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

Dated: June 22, 2026

By:*/s/Raina C. Borrelli (*w/ permission*)*
    Raina C. Borrelli
    **STRAUSS BORRELLI PLLC**
    One Magnificent Mile
    950 N. Michigan Avenue, Suite 1610
    Chicago, IL 60611
    Tel. 872-263-1100
    Raina@straussborrelli.com

By: */s Mark A. Cianci (*w/ permission*)*
    Mark A. Cianci
    **ISRAEL DAVID LLC**
    399 Boylston Street
    Floor 6, Suite 23
    Boston, Massachusetts 02116
    Telephone: 617-295-7771
    mark.cianci@davidllc.com

By: /s/ *Leanna A. Loginov* (w/ permission)
    Leanna A. Loginov
    **SHAMIS & GENTILE, P.A.**
    14 NE 1st Ave, Suite 705
    Miami, Florida 33132
    T: 305-479-2299
    lloginov@shamisgentile.com

By: /s/ *Grayson Wells* (w/ permission)
    Grayson Wells
    **STRANCH, JENNINGS & GARVEY, PLLC**
    223 Rosa L. Parks Ave., Ste. 200
    Nashville, TN 37203
    615-254-8801
    615-255-5419
    gwells@stranchlaw.com

*Interim Co-Lead Class Counsel*

By:   */s/ Amy E. Murphy*
    D. Andrew Portinga
    Amy E. Murphy
    **MILLER JOHNSON**
    45 Ottawa Avenue SW, Suite 1100
    Grand Rapids, Michigan 49503
    Tel: 616-831-1700
    portingaa@millerjohnson.com
    murphya@millerjohnson.com

    Colleen Carey Gulliver
    **DLA Piper LLP (US)**
    1251 Avenue of the Americas
    New York, New York 10020
    Tel: 212-335-4500
    colleen.gulliver@us.dlapiper.com

*Counsel for Defendant*

2