**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| *In re Stryker Corporation Cyberattack Litigation* | Case No. 1:26-CV-00832-HYJ-PJG |
| | Hon. Hala Y. Jarbou<br>Hon. Phillip J. Green |

### Stryker Corporation's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint

#### ** Oral Argument Requested **

Defendant, Stryker Corporation ("Defendant"), moves to dismiss Plaintiffs' Consolidated Class Action Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  This Motion to Dismiss ("Motion") is supported by the accompanying brief, the June 21, 2026 Declaration of Michael Puca and the exhibits thereto, the June 22, 2026 Declaration of Juan Pablo Calderon, the June 22, 2026 Declaration of William Hardin and the exhibits thereto, and the June 22, 2026 Declaration of Colleen M. Gulliver and the exhibits thereto.  Through email correspondence on June 18, 2026, counsel for Defendant sought Plaintiffs' concurrence in this Motion. Plaintiffs declined to concur in the Motion.

Respectfully submitted,

Dated: June 22, 2026

By:  */s/ Colleen Carey Gulliver*
Colleen Carey Gulliver
**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Tel: 212-335-4500
colleen.gulliver@us.dlapiper.com

**MILLER JOHNSON**
D. Andrew Portinga
Amy E. Murphy
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, Michigan 49503
Tel: 616-831-1700
portingaa@millerjohnson.com
murphya@millerjohnson.com

*Attorneys for Defendant*

2