## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

*IN RE STRYKER CORPORATION CYBERATTACH LITIGATION*

Case No. 1:26-CV-00832-HYJ-PJG

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Tom Mesmer, Dax Dodge, Joseph Frederickson, Scott Mangold, Maurice Primer, and Tristan Tanner hereby gives notice that their claims in this action against Defendants Stryker Corporation, are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Date: June 29, 2026

Respectfully submitted,

By: */s/ Raina C. Borrelli*
    Raina C. Borrelli
    **STRAUSS BORRELLI PLLC**
    One Magnificent Mile
    980 N. Michigan Ave., Suite 1610
    Chicago, IL 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    raina@straussborrelli.com

    Mark A. Cianci
    **ISRAEL DAVID LLC**
    399 Boylston Street, Floor 6, Suite 23
    Boston, Massachusetts 02116
    Telephone: (617) 295-7771
    mark.cianci@davidllc.com

    Leanna A. Loginov (full admission pending)
    **SHAMIS & GENTILE, P.A.**
    14 NE 1st Ave, Suite 705
    Miami, Florida 33132
    T: (305) 479-2299

1

lloginov@shamisgentile.com

J. Gerard Stranch, IV
Grayson Wells
Samuel Douthit
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Ave., Ste. 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419
gstranch@stranchlaw.com
gwells@stranchlaw.com
sdouthit@stranchlaw.com

*Interim Class Counsel*

Melissa G. Meyer
**LEVI & KORSINSKY, LLP**
33 Whitehall St., 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mmeyer@zlk.com

*Additional Plaintiffs' Counsel*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Raina C. Borrelli, hereby certify that on June 29, 2026, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to counsel of record, via the ECF system.

DATED this 29th day of June, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
     Raina C. Borrelli
     STRAUSS BORRELLI PLLC
     One Magnificent Mile
     980 N. Michigan Ave., Suite 1610
     Chicago, IL 60611
     Telephone: (872) 263-1100
     Facsimile: (872) 263-1109
     raina@straussborrelli.com