UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE STRYKER CORPORATION
CYBERATTACK LITIGATION,

Case No. 1:26-cv-832

Hon. Hala Y. Jarbou

_____/

## ORDER OF DISMISSAL

The Court having reviewed Plaintiffs' Notice of Voluntary Dismissal Without Prejudice

(ECF No. 34),

**IT IS ORDERED** that Plaintiffs Tom Mesmer, Belva Thompson, Stacy Trepanier, Dax

Dodge, Joseph Frederickson, Scott Mangold, Maurice Primer, and Tristan Tanner's claims in this

action against Defendant Stryker Corporation are **DISMISSED** without prejudice and with each

party to bear its own costs and attorneys' fees.

Dated: June 30, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE